UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYLE M. MYERS,

        Plaintiff,

vs.

TRAINING AND TREATMENT
INNOVATIONS, et al.

        Defendants.
_____/

Case No. 11-10802

HON. GEORGE CARAM STEEH

ORDER GRANTING IN PART DEFENDANTS' MOTION TO DISMISS
AND DENYING MOTION FOR MORE DEFINITE STATEMENT AS MOOT [DOC. 3]

This matter has come before the court on defendants' motion to dismiss and for a more definite statement. The court heard oral argument by the parties on June 23, 2011. Now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that defendants' motion to dismiss plaintiff's Whistleblowers' Protection Act claim is GRANTED. The individual defendants' motion to dismiss plaintiff's Americans with Disabilities Act claim is GRANTED. Defendants' motion for a more definite statement is DENIED as moot because the court has accepted plaintiff's amended complaint [doc. 9]. The only claim remaining in the case is plaintiff's Americans with Disabilities Act claim against her employer, defendant Training and Treatment Innovations.

In addition, plaintiff's request for appointment of counsel is DENIED.

Dated: June 27, 2011

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 27, 2011, by electronic and/or ordinary mail and also to Gayle M. Myers at 31829 Harlo Drive Apt B, Madison Heights, MI 48071.

S/Josephine Chaffee
Deputy Clerk